IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:12MJ313 |
| | | Judge Michael J. Newman |
| v. | | |
| DWIGHT E. STARGELL, SR. | : | ORDER UNSEALING COMPLAINT, AFFIDAVIT, ARREST WARRANT and RETURN |

--------------------

IT IS HEREBY ORDERED that the Motion and Order to Seal, Complaint, Affidavit, Arrest Warrant and Return in the above case filed herein and ordered sealed by an Order of this Court on October 2, 2012 be unsealed by the Clerk of Courts.

10/4/2012
DATE

MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE