# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,          :       Case No. 3:12-mj-313

   -vs-                          Magistrate Judge Michael J. Newman

                            :

DWIGHT E. STARGELL, SR.,

      Defendant.

## BINDOVER ORDER

This case came on for hearing on October 16, 2012, for preliminary examination. The defendant present with counsel, Arthur Mullins, waived his right to a preliminary examination. The Court finds the waiver to be knowing, intelligent, and voluntary. Based on the Affidavit attached to the Complaint, the Court finds there is probable cause to believe the Defendant committed the offense(s) alleged in the Complaint. IT IS THEREFORE ORDERED that the Defendant be bound over to the Grand Jury to answer the charges made in the Complaint.

The Order for Detention remains in full force and effect.

October 17, 2012                                                 s/ **Michael J. Newman**
                                                                  United States Magistrate Judge